1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   FELIX DIAS RODRIGUEZ,              )
11                                      )
12                   Petitioner,        )        Case No. 2:06-CV-1963-AWT
13                                      )
14          v.                          )        **STAY ORDER**
15                                      )
16   D.K. SISTO,                        )
17                                      )
18                   Respondent.        )
19   _____   )
20

21          Further proceedings in this action are stayed pending issuance of the

22   mandate in Hayward v. Marshall, No. 06-55392, 512 F.3d 536 (9th Cir.)

23   (panel opinion), reh'g en banc granted, 527 F.3d 797 (9th Cir. 2008).

24

25

1          Each party may file a memorandum setting forth the effect, if any, of

2     Hayward on this case within 30 days of the date the en banc opinion is filed.

3     Dated: February 9, 2009

4                                        /s/ A. Wallace Tashima
5                                          A. WALLACE TASHIMA
6                                         United States Circuit Judge
7                                          Sitting by Designation
8

9

10

11

12

13

14

15

16

17

18

19

20

21