# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIX DIAS RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:06 CV-1963 AWT |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| D.K. SISTO, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this Judgment,

**IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are **DISMISSED.**

Dated:  August 31, 2010.

/s/    *A. Wallace Tashima*
A. WALLACE TASHIMA
United States Circuit Judge
Sitting by Designation